**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Penghang Zhuang<br><br>Plaintiffs,<br><br>v.<br><br>The Individuals, Corporations, Limited Liability Companies, Partnerships and Unincorporated Associations Identified on Schedule A,<br><br>Defendants. | CASE NO.: 26-cv-9197<br><br>Judge Sara L. Ellis |

**DEFENDENT HONGHUI88'S CORPORATE DISCLOSURE STATEMENT AND NOTIFICATION AS TO AFFILIATES PURSUANT TO FED. R. CIV. P. 7.1 AND LOCAL RULE 3.2**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2 of the Northern District of Illinois, Defendant honghui88, the Amazon storefront operated by ningbohonghuimaoyiyouxiangongsi ("Defendant"), by and through its undersigned counsel, states as follows:

1. Defendant has no parent corporation and no publicly held corporation owns 10% or more of its stock or other ownership interests.

2. Defendant identifies the following entities or individuals owning, directly or indirectly, 5% or more of Defendant: Rende Zhang, an individual, owns 100% of ningbohonghuimaoyiyouxiangongsi. Defendant has no other affiliates within the meaning of Local Rule 3.2.

3. Defendant will file an amended Notification within thirty (30) days of becoming aware of any change in the information reported herein, as required by Local Rule 3.2.

Dated: August 10, 2026

Respectfully Submitted,

By: /s/ Mingbo Ye
Mingbo Ye TX Bar# 24124835
Veritas Light Law Group, P.C.
4340 Von Karman Ave, Suite 290, Newport Beach, CA 92660
682-200-9607
mingboye@veritaslightlaw.com

*Counsel for Defendants Shengzhu, decong2024, Besunbar, Aliphon, tiaoying, huanyan_ys,and honghui88*