**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| PENGHANG ZHUANG,<br>Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br>Defendants. | Civil Action No. 1:26-cv-09197<br><br>Judge Sara L. Ellis |

**DEFENDANTS ALIPHON (NO. 4) AND TIAOYING (NO. 5)'S UNOPPOSED MOTION FOR LEAVE TO DEPOSIT FUNDS INTO THE COURT'S REGISTRY PURSUANT TO FED. R. CIV. P. 67 AND LOCAL RULE 67.1**

Defendants Ningbo Ningge Trading Co., Ltd. (storefront "Aliphon," Defendant No.4) and Ningbo Tiaoying Trading Co., Ltd. (storefront "tiaoying," Defendant No.5) respectfully move for leave to deposit $40,000 into the registry of the Court pursuant to Federal Rule of Civil Procedure 67 and Local Rule 67.1. In support, Defendants state as follows:

1. On September 23, 2026, the Court entered an order approving and entering the parties' Joint Stipulation Regarding Interim Relief. (Dkt. 49; Dkt. 50.)

2. Paragraph 4 of the Joint Stipulation provides that Defendants will provide an initial security deposit of $40,000 through the Court Registry. Paragraph 5 provides that the parties will promptly submit any filings necessary to implement the deposit pursuant to Rule 67 and applicable local procedures, and that Defendants will deposit the $40,000 within ten business days after entry of the Court's order authorizing the deposit.

3. The Court's September 23, 2026 order directs the parties to submit any additional filings necessary to implement the $40,000 security deposit, and provides that Defendants' ten-business-day deadline runs from entry of the Court's order authorizing the deposit. (Dkt. 49.)

4. Rule 67(a) provides that if any part of the relief sought is a money judgment or the disposition of a sum of money, a party may, on notice to every other party and by leave of court, deposit with the court all or part of the money. The relief sought in this action includes a money judgment, and the deposit is made as interim security in accordance with the Joint Stipulation.

5. A completed Registry Deposit Information Form is attached as Exhibit A.

6. Defendants intend to make the deposit by cashier's check. Counsel has confirmed with the Clerk's Financial Department that a cashier's check is an accepted method of payment, that it should be made payable to "Clerk, U.S. District Court," and that it should be delivered to the Cashier's Desk at 219 S. Dearborn Street, Chicago, Illinois, with the case number noted on the check.

7. Pursuant to Paragraph 5 of the Joint Stipulation, the deposited funds, together with any accrued interest, are to be returned to Defendants upon dismissal of the claims against Defendants, entry of judgment in Defendants' favor, or termination of the interim arrangement, upon motion and order of the Court.

8. On September 25, 2026, the undersigned emailed counsel for Plaintiff, and described the proposed deposit of $40,000 into the Court's registry pursuant to Fed. R. Civ. P. 67 and Local Rule 67.1. On September 26, 2026**,** counsel for Plaintiff responded that Plaintiff does not oppose the relief requested in this Motion.

**WHEREFORE**, Defendants respectfully request that the Court enter the proposed order submitted contemporaneously herewith, granting Defendants leave to deposit $40,000 into the registry of the Court pursuant to Fed. R. Civ. P. 67 and Local Rule 67.1, and directing the Clerk of Court to accept and hold those funds subject to further order of the Court.

Dated: September 29, 2026

Respectfully Submitted,

/s/ Mingbo Ye
Mingbo Ye TX Bar# 24124835
Veritas Light Law Group, P.C.
4340 Von Karman Ave, Suite 290,
Newport Beach, CA 92660
Tel: +1 832-462-0087
mingboye@veritaslightlaw.com

*Counsel for Defendants Aliphon and tiaoying*

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on September 29, 2026, a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court and served on all counsel of record via the CM/ECF system.

/s/ Mingbo Ye
Mingbo Ye