# EXHIBIT A

Registry Deposit Information Form

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

## REGISTRY DEPOSIT INFORMATION FORM

Instructions: Complete this form and e-file it as an exhibit to your motion for leave to deposit money in the court.

1. **Case Number:** 1:26-cv-09197

2. **Case Title:** Penghang Zhuang v. The Individuals, Corporations, et al.

3. **Judge:** Hon. Sara L. Ellis

4. **Moving Party:** Defendants Aliphon (No. 4) and tiaoying (No. 5)

5. **Amount of Deposit:** $40,000.00

6. **Are the funds being deposited as interpleader funds pursuant to 28 U.S.C. § 1335?** **Yes** ☐ **No** ☑
*(Funds deposited as interpleader funds pursuant to 28 U.S.C. § 1335 are subject to mandatory management fees and mandatory tax withholdings. Failure to properly identify interpleader funds prior to depositing them with the Clerk's Office will result in delayed disbursement.)*

I declare under penalty of perjury that the above information is true and correct. Under 28 U.S.C. § 1335, this statement under perjury has the same force and effect as a sworn statement made under oath.

/s/ Mingbo Ye
Attorney or Litigant

____________________
Date